

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYODO SHIPPING, LTD.,

                Plaintiff,

-against-

GROUPAMA TRANSPORT S.A.,
ASSICURANZIONI GENERALI - UK,
ASSICURANZIONI GENERALI SPA - UK,
REMBRANDT INSURANCE COMPANY,
INTERNATIONAL INSURANCE COMPANY
OF HANNOVER LTD., and TRYGVESTA
FORSIKRING A/S,

                Defendants.

09 Civ. 8319 (RWS)

**UNSEALING ORDER**

ROBERT W. SWEET, District Judge:

The Court ordered on September 30, 2009, pursuant to plaintiff's application that this case be temporarily sealed. Upon application of the plaintiff, it is now hereby

ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: November 3, 2009
New York, New York

SO ORDERED:

Robert W. Sweet
United States District Judge