**JUDGE SWEET**

DUFFY
PART 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYODO SHIPPING, LTD.,

        Plaintiff,

-against-

GROUPAMA TRANSPORT S.A.,
ASSICURANZIONI GENERALI - UK,
ASSICURANZIONI GENERALI SPA - UK,
REMBRANDT INSURANCE COMPANY,
INTERNATIONAL INSURANCE COMPANY
OF HANNOVER LTD., and TRYGVESTA
FORSIKRING A/S,

        Defendants.

**09 CV 8319**

09 Civ.

**SEALING ORDER**

An application having been made by counsel for plaintiff for an order Temporarily Sealing the Court File:

NOW, on reading and filing the Affirmation of Michael A. Namikas, sworn to on September 30, 2009, and good cause having been shown, it is hereby

ORDERED that all documents, including, but not limited to, the Verified Complaint and the other pleadings, Orders and/or Writs filed and/or issued in this case be filed under seal, and the court file be maintained under seal until further notice of this Court or notification to the Clerk that the defendant's property has been attached. The Clerk of this Court may have access the sealed file to implement or ensure compliance with orders issued in this case.

Dated: September 30, 2009
New York, New York

SO ORDERED:

_____
HON. KEVIN T. DUFFY
United States District Judge
PART I