UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
KYODO SHIPPING LTD.,

              Plaintiff,

    - against -

GROUPAMA TRANSPORT S.A.,

              Defendant.
------------------------------------------------x

09 Civ. 8319 (RWS)

O R D E R

**Sweet, D.J.,**

    Defendant's letter, dated October 23, 2009, will be treated as a motion to vacate to be heard at noon on Wednesday, November 4, 2009, in courtroom 18C.

    It is so ordered.

New York, NY
October 27, 2009

ROBERT W. SWEET
U.S.D.J.